IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHON MESKAUSKAS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES B. BUSKOHL, C/O WILLIS, C/O BERRY, SGT. MACIURA, JOHN DOE 1-4, LT. REICHERT, C/O SPILLER, C/O HECHT, ROBERT H. HUGHES, JASON N. HART, RICHARD HARRINGTON, DR. TROST, JANE DOE 1 and 2 Nurse, WEXFORD HEALTH SERVICES, C/O JANE and JOHN DOES Defendants #5, C/O JOHN DOE Defendant #12, NURSE JANE DOE Defendant #16, C/O JOHN DOE Defendant #19, and DIRECTOR JOHN BALDWIN,<br><br>Defendant(s). | CASE NO. 15-431-SCW |

## JUDGMENT IN A CIVIL CASE

Defendants C/O Willis, C/O Berry, Sgt. Maciura, Richard Harrington, Wexford Health Services, C/O Jane and John Does Defendants #5, C/O John Doe Defendant #12, Nurse Jane Doe Defendant #16, C/O John Doe Defendant #19 were dismissed on September 5, 2017 by and order entered by Chief District Judge Michael J. Reagan (Doc. 144).

Defendants John Doe 1-4 and Jane Doe 1 & 2 Nurse were dismissed on May 19, 2015 by an Order entered by entered by Chief District Judge Michael J. Reagan (Doc. 5).

The remaining case came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendants Jason Buskohl, Kevin Reichert, William Andrew Spiller, Jeanette Hecht and against Plaintiff Jonathan Meskauskas and against Defendant Dr. Trost and in favor of Plaintiff Jonathan Meskauskas and against Dr. Trost in the amount of $1.00 (one dollar).

Defendants Robert Hughes, Jason Hart and Director John Baldwin were voluntarily dismissed by Plaintiff on June 15, 2018 (Doc. 229).

Therefore, judgment is entered in favor of Defendants JAMES B. BUSKOHL, C/O WILLIS, C/O BERRY, SGT. MACIURA, JOHN DOE 1-4, KEVIN REICHERT, WILLIAM ANDREW SPILLER, JEANETTE HECHT, ROBERT H. HUGHES, JASON N. HART, RICHARD HARRINGTON, JANE DOE 1 and 2 Nurses, WEXFORD HEALTH SERVICES, C/O JANE and JOHN DOES Defendants #5, C/O JOHN DOE Defendants #16, C/O JOHN DOE Defendant #19, and DIRECTOR JOHN BALDWIN and against Plaintiff JONATHON MESKAUSKAS. Judgement is entered in favor of Plaintiff JONATHON MESKAUSKAS and against Defendant DR. TROST in the amount of $1.00 (one dollar).

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 15^(TH) day of June, 2018

                                        **JUSTINE FLANAGAN, ACTING CLERK**

                                        **BY:** */s/ Angela Vehlewald*
                                            **Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
                 **United States Magistrate Judge**
                 **Stephen C. Williams**